GASPER A. TIRONE et al., Cotrustees of GASPER A. TIRONE AND ELAINE E. TIRONE TRUST, Respondents, v DEBORAH A. BUCZEK, Appellant, et al., Defendants.

Submitted December 12, 2016; decided February 14, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the

order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge WILSON taking no part.